UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
KEITH RUSSELL JUDD,                     )
                                        )
              Plaintiff,                )
                                        )
       v.                               )        Civil Action No. 10-0837 (PLF)
                                        )
FEDERAL COMMUNICATIONS COMMISSION )
  and FEDERAL ELECTION COMMISSION,      )
                                        )
              Defendants.               )
_____ )

ORDER

       For the reasons stated in the Memorandum Opinion issued this same day, it is

hereby

       ORDERED that Counts One, Four, Five, Six and Seven of plaintiff's complaint

are dismissed as frivolous; it is

       FURTHER ORDERED that plaintiff's request to empanel a three-judge court is

DENIED; and it is

       FURTHER ORDERED that plaintiff shall either file an affidavit proving service

or show cause why the case should not be dismissed for failure to serve by November 16, 2010.

       SO ORDERED.


                                        /s/_____
                                        PAUL L. FRIEDMAN
                                        United States District Judge

DATE:   July 16, 2010